AO 120 (Rev. 3/04)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In compliance with the Act of July 19, 1952 (66 Stat. 814; 35 U.S.C. 290) you are hereby advised that a court action has been filed on the following patent(s) in the U.S. District Court:

| DOCKET NO. | DATE FILED | U.S. DISTRICT COURT |
|---|---|---|
| CV 00-00185HG-PLF | 3/6/00 | District of Hawaii |

| PLAINTIFF | DEFENDANT |
|---|---|
| Hilo Fish Company | William R. Kowalski and<br>Hawaii International Seafood, Inc. |

| | PATENT NO. | DATE OF PATENT | PATENTEE |
|---|---|---|---|
| 1 | 5,972,401 | 10/26/99 | William R. Kowalski |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above-entitled case, the following patent(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |

| | PATENT NO. | DATE OF PATENT | PATENTEE |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above-entitled case, the following decision has been rendered or judgment issued:

DECISION/JUDGMENT
9/19/02: Consent Judgment and Permanent Injunction in favor of William R. Kowalski and Hawaii INternational Seafood, Inc. and against Hilo Fish Company, Kona Fish Company, and Charles M. Umamoto; Remaining claims dismissed - by Judge Helen Gillmor

9/20/02: NOTICE OF DISMISSAL without prejudice as to all claims and all partiesiin plainitff/counterclaim deft and 3rd-party pltf Hilo Fish Company's Third-Party Complaint

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| SUE BEITIA | [signature] | 10/26/2007 |